1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEFFREY M. STURGES,                              No.  2:15-cv-2000 CKD P

12                   Petitioner,

13           v.                                        ORDER

14   RONALD RACKLEY, Warden,

15                   Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed.

18   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  Fed. R.

19   Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

20   Dated:  October 7, 2015

21                                                    _____
                                                      CAROLYN K. DELANEY
22                                                    UNITED STATES MAGISTRATE JUDGE

23

24

25

26   2/mp
     stur2000.159
27

28